**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

Lori Winkelman,   Case No. 3:11CV1926

      Plaintiff

v.   **ORDER**

Comm'r of Social Security,

      Defendant

This is a social security case in which the Magistrate Judge recommended dismissal of the complaint on the basis that the plaintiff failed to file that document on time. The Magistrate Judge found that the plaintiff was aware of the deadline, but failed to abide by it. Noting the importance of clear time lines in a system that processes millions of claims annually, he concluded that dismissal was appropriate.

Plaintiff has not filed an objection to the Report and Recommendation. In any event, I find, on he basis of *de novo* review, that any such objection would not be well taken, because the Magistrate Judge's decision is correct.

It is, therefore,

ORDERED THAT:

1. Magistrate Judge's Report and Recommendation be, and the same hereby is adopted as the order of this court; and

2. Complaint dismissed without prejudice.

/s/ James G. Carr
Sr. United States District Judge